UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Loor,

                            Plaintiff(s),

              -against –

Equifax Information Solutions, LLC,

                            Defendant(s).
-----------------------------------------------------------X

**O R D E R**

7:25-CV-04784 (CS)

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within sixty (60) days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated:  August 26, 2025
          White Plains, New York

                                                  CATHY SEIBEL, U.S.D.J.